■ In the Matter of the Claim of JOSEPH A. AUGUSTINE, Respondent. MARTIN P. CATHERWOOD, as State Industrial Commissioner, Appellant.— Motion for assignment of counsel to represent claimant-respondent in prosecuting an appeal pursuant to section 538 of the Labor Law. Motion granted and David R. Kochery, Esq., attorney at law, 120 Delaware Avenue, Buffalo 2, New York,

is hereby appointed *nunc pro tunc* as of November 17, 1959, as attorney for such claimant-respondent. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.